UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MITCHELL SHOOK,<br><br>               Plaintiff,<br><br>   v.<br><br>CITY OF TACOMA,<br><br>               Defendant. | CASE NO. C19-5794 BHS<br><br>ORDER |

This matter comes before the Court on Plaintiff Mitchell Shook's ("Shook") motion for temporary restraining order, Dkt. 8, and Defendant City of Tacoma's ("City") notice of intent to oppose Shook's motion, Dkt. 10, and motion for extension of time to respond, Dkt. 11.

On August 6, 2019, Shook filed a complaint against the City in Thurston County Superior Court for the State of Washington. Dkt. 3-1 at 10–12. Shook alleges that the City improperly entered into a purchase and sale agreement to sell a 4.4-mile track of railroad within its possession and asserts claims for declaratory judgment, injunctive relief, rescission of contract, and a writ of prohibition. *Id.* On August 27, 2019, the City removed the matter to this Court based on federal preemption. Dkt. 1. On September 18,

2019, Shook filed a motion to remand. Dkt. 6. On September 23, 2019, Shook filed the instant motion for a temporary restraining order to preserve the status quo until a ruling on the motion to remand. Dkt. 8. On September 24, 2019, the City filed its notice of intent to respond and motion for an extension of time to respond. Dkts. 10, 11.

Based on the pleadings, it is unclear what immediate harm will result in the absence of temporary relief. Shook declares that the City's attorney would not provide an "assurance the City would not convey the railway during the pendency of [this] case." Dkt. 9, ¶ 7. The City contends that Shook would not consent to its request for an extension of time. Dkt. 11, ¶ 10. The Court was expecting a timely response so that a hearing could be scheduled, and the motion could be resolved. In the absence of any clarity on the issue of immediate harm, the Court declines to issue an expedited order on the City's motion for an extension. Instead, the City has until 12:00PM tomorrow, September 25, 2019, to inform the Court as to the status of the pending sale and respond to at least the irreparable harm element of Shook's motion.

**IT IS SO ORDERED**.

Dated this 24th day of September, 2019.

BENJAMIN H. SETTLE
United States District Judge