UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MITCHELL SHOOK,

                                    Plaintiff,

       v.

CITY OF TACOMA,

                                    Defendant.

CASE NO. C19-5794 BHS

ORDER REQUESTING RESPONSE
AND SETTING HEARING

This matter comes before the Court on Plaintiff Mitchell Shook's ("Shook")

motion for temporary restraining order, Dkt. 8, Defendant City of Tacoma's ("City")

notice of intent to oppose Shook's motion, Dkt. 10, the City's motion for extension of

time to respond, Dkt. 11, the Court's order requesting a limited response, Dkt. 12, and the

City's response, Dkt. 13.

       On August 6, 2019, Shook filed a complaint against the City in Thurston County

Superior Court for the State of Washington.  Dkt. 3-1 at 10–12.  Shook alleges that the

City improperly entered into a purchase and sale agreement to sell a 4.4-mile track of

railroad within its possession and asserts claims for declaratory judgment, injunctive

relief, rescission of contract, and a writ of prohibition.  *Id.*  On August 27, 2019, the City

removed the matter to this Court based on federal preemption.  Dkt. 1.  On September 18, 2019, Shook filed a motion to remand.  Dkt. 6.  On September 23, 2019, Shook filed the instant motion for a temporary restraining order to preserve the status quo until a ruling on the motion to remand.  Dkt. 8.  On September 24, 2019, the City filed its notice of intent to respond and motion for an extension of time to respond.  Dkts. 10, 11.  Later that day, the Court requested an immediate to response to at least the irreparable harm element of Shook's motion.  Dkt. 12.  On September 25, 2019, the City submitted a limited response, Dkt. 13, and Shook replied, Dkt. 14.

In light of the current briefing, the Court concludes that there is no threat of irreparable harm, if at all, until October 5, 2019, when the Surface Transportation Board's exemption expires.  Therefore, the Court requests a full response from the City no later than Monday, September 30, 2019, and sets a hearing for Tuesday, October 1, 2019, at 2:00PM.

**IT IS SO ORDERED**.

Dated this 25th day of September, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge